NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
PUNEET V. KAKKAR (Cal. Bar No. 259816)
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5728
    Facsimile: (213) 894-0142
    E-mail: puneet.kakkar@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 18-MJ-00117 |
|---|---|
| | GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES; DECLARATION OF PUNEET V. KAKKAR |
| | **(UNDER SEAL)** |

    The United States of America, by and through its counsel of record, Assistant United States Attorney Puneet V. Kakkar, hereby applies for an order extending by 120 days the time within which the government may retain and search digital devices seized pursuant to a federal search warrant.

//
//
//
//

This application is based on the attached declaration of PUNEET KAKKAR and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: September 11, 2018   Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ Puneet V. Kakkar

PUNEET V. KAKKAR
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

2

**DECLARATION OF PUNEET V. KAKKAR**

I, Puneet V. Kakkar, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital devices seized pursuant to the warrant described below (the "SUBJECT DIGITAL DEVICES"):

   a. Samsung cellular phone (make: Samsung; Model: Galaxy S6; FCC ID: A3LSMG920T; IMEI: 357746065161309; S/N: (Not available); memory and storage capacity not known. ("SUBJECT DEVICE 4")

   b. Samsung cellular phone (make: Samsung; Model: SM-G928G; FCC ID: A3LSM9928I; IMEI: 353122070163220; S/N: R58G80ML16P; memory and storage capacity not known. ("SUBJECT DEVICE 5")

   c. LG cellular phone (make: LG; Model: LGL57BL; FCC ID: ZNFL57BL; IMEI: 354061080726841; S/N: 704CQQX072684; memory and storage capacity not known. ("SUBJECT DEVICE 6")

   d. LG cellular phone (make: LG; Model: LGMS210; FCC ID: ZNFM210; IMEI: 353662-08-542201-2; S/N: 701CYTB542201; memory and storage capacity not known. ("SUBJECT DEVICE 8")

   e. Alcatel cellular phone (make: Alcatel; Model: 5065N; FCC ID: 2ACCJA006; IMEI: 014705004908271; S/N: 5065N-2CE4US1; memory and storage capacity not known. ("SUBJECT DEVICE 9")

   f. Coolpad cellular phone (make: Coolpad; Model: 3622A; FCC ID: R38YL3622A; IMEI: 014705004908271; S/N: (Not available); memory and storage capacity not known. ("SUBJECT DEVICE 10")

1         g.   Alcatel cellular phone (make: Alcatel; Model: A621BL;
2 FCC ID: 2ACCJA009; IMEI: 014470000697259; S/N: (Not available);
3 memory and storage capacity not known. ("SUBJECT DEVICE 11").
4     3.   On January 18, 2018, Detective Jeffrey Kishi with the Los
5 Angeles Police Department and Task Force Officer for the Federal
6 Bureau of Investigation (FBI) obtained a federal search warrant
7 issued by the Honorable Judge Paul L. Abrams, United States
8 Magistrate Judge, authorizing the search of 10 digital devices,
9 including the SUBJECT DIGITAL DEVICES. The warrant, which is
10 incorporated herein by reference, authorized the seizure and search
11 of digital devices for a period of 120 days to allow the government
12 to search such devices for evidence of violations of 21 U.S.C. §§ 841
13 (manufacturing, distributing, dispensing, or possessing with intent
14 to manufacture, distribute, or dispense a controlled substance) and
15 846 (conspiracy to do the same).
16     4.   Federal agents executed the warrant on January 18, 2018.
17     5.   This is the second request for an extension. The current
18 deadline by which the government must complete its review of the
19 SUBJECT DIGITAL DEVICES is on or about September 15, 2018.
20     6.   Based on information provided to me by agents assigned to
21 this matter, I understand that the SUBJECT DIGITAL DEVICES have been
22 imaged by the lab and are under review by agents.
23     7.   For the following reasons, the government is requesting an
24 additional 120 days to complete its review of the SUBJECT DIGITAL
25 DEVICES:
26         a.   Since the last order extending time, agents have been
27 able to extract data from the SUBJECT DIGITAL DEVICES, which are 7 of
28

2

the 10 devices for which a warrant was obtained.  The other 3 cannot be accessed.

       b.   This request is for only those 7 devices that have been imaged, which amounts to approximately 97 gigabytes.  (The SUBJECT DIGITAL DEVICES do not include SUBJECT DEVICE 7, SUBJECT DEVICE 12, and SUBJECT DEVICE 13.)  Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf.  One hundred gigabytes could hold an entire library floor of academic journals.

       c.   All of the SUBJECT DIGITAL DEVICES have been partially reviewed, but agents are waiting for translation of Spanish language content.

       d.   Additionally, the agents are experiencing a backlog of other digital devices to review.  Additionally, the agents who are assigned to review these devices are also responsible for helping coordinate the ongoing Title III investigation.  That investigation has recently included a 30-day wiretap (set to terminate on September 11, 2018) and significant enforcement activity with a foreign country.  Thus, case agents have been busy with those urgent needs.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:    September 11, 2018

                                           /s/ Puneet V. Kakkar

                                           PUNEET V. KAKKAR